IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| KEMOA JONES,<br><br>     Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>     Defendant. | CIVIL ACTION NO.: 5:24-cv-35 |

**O R D E R**

Defendant filed an Unopposed Motion for Entry of Judgment With Remand.  Doc. 13. Defendant seeks to have this cause remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g).  Plaintiff's counsel does not oppose this Motion.  Id. at 2. Upon consideration, the Court **GRANTS** Defendant's Motion.  The Court reverses the decision of the Commissioner and remands this cause to the Commissioner.  On remand, the Commissioner is to provide Plaintiff with the opportunity to have a hearing and issue a new decision.  Id.  The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment.

     **SO ORDERED**, this 10th day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA